# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-1873
LT Case No. 2022-303819-CFDB

_____

CHAD A. KEENE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Brett S. Chase, of Chase Law Florida, P.A., Saint Petersburg, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.


November 20, 2025


PER CURIAM.

AFFIRMED.


HARRIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____